*Order Entered August 28, 1985:*

FILLARE v UNION OIL COMPANY OF CALIFORNIA, No. 76628. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decisions in *Askew v Parry,* 131 Mich App 276 (1983), and *Earle v Colonial Theatre Co,* 82 Mich App 54 (1978), is considered. The Court declines to take further consideration of the questions presented. Reported below: 143 Mich App 520.

THOMPSON v DEPARTMENT OF CORRECTIONS, No. 76539. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decisions in *Martin v Dep't of Corrections,* 140 Mich App 323 (1985), and *Kirkeby v Dep't of Corrections,* 141 Mich App 148 (1985), is considered. The Court declines to take further consideration of the questions presented. Reported below: 143 Mich App 29.

PEOPLE v ROUNDTREE, No. 76529. The certification by the Court of Appeals pursuant to Administrative Order No. 1984-2 that its decision in this case is in conflict with its decision in *People v Davis,* 126 Mich App 66 (1983), is considered. The Court declines to take further consideration of the question presented. Court of Appeals No. 76575.

*Leave to Appeal From Attorney Discipline Board Denied August 28, 1985:*